```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

DARLENE CHAVIS,

                 **Plaintiff,**           15-CV-03504 (LJL)(SN)

       -against-                          **ORDER**

UNITED STATES OF AMERICA,

                 **Defendant.**

```
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge**:

     On Monday, March 9, 2020, the Honorable Lewis J. Liman assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Rachel Slusher with both parties on the line, at (212) 805-0286, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:     March 10, 2020
               New York, New York

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 3/10/2020*