UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DARLENE CHAVIS,

                              **Plaintiff,**

    -against-

UNITED STATES OF AMERICA,

                              **Defendant.**
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/2020

15-CV-03504 (LJL)(SN)

<u>ORDER</u>

**SARAH NETBURN, United States Magistrate Judge:**

    In light of the public health crisis, the settlement conference scheduled Friday, May 8, 2020, at 10:00 a.m. will be conducted telephonically rather than in person. The Court will provide dial-in information by email before the conference. If any party is unavailable to participate by telephone conference, that party shall notify the Court and the conference will be adjourned.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 24, 2020
                 New York, New York