```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
DARLENE CHAVIS,                                                   :
                                                                  :
                              Plaintiff,                          :
                                                                  :         15-cv-3504 (LJL)
        -v-                                                       :
                                                                  :              ORDER
UNITED STATES OF AMERICA,                                         :
                                                                  :
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 5/8/2020

LEWIS J. LIMAN, United States District Judge:

A status conference is scheduled for May 19, 2020 at 4:00 p.m. to discuss dates for pretrial submissions and trial. The parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and to follow the necessary prompts.

SO ORDERED.

Dated: May 8, 2020         _____
       New York, New York             LEWIS J. LIMAN
                                  United States District Judge