

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 18, 2020

<u>By ECF</u>
The Honorable Lewis J. Liman
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:     *Chavis v. United States*, No. 15 Civ. 3504 (LJL)

Dear Judge Liman:

      This Office represents the United States in the above-captioned matter.  I submit this letter on behalf of the parties to provide a further status update regarding the parties' settlement negotiations.

      The parties have reached a settlement in principle.  Accordingly, we respectfully request an adjournment of the status conference scheduled for May 19, 2020, to provide the parties an opportunity to reduce the settlement to writing.  The parties propose submitting an additional status update by May 28, 2020.

      We thank the Court for its consideration of this matter.

                        Respectfully,

                        GEOFFREY S. BERMAN
                        United States Attorney for the
                        Southern District of New York

      By:     /s/ Talia Kraemer
             TALIA KRAEMER
             Assistant United States Attorney
             Tel.:  (212) 637-2822
             Fax:  (212) 637-2702
             E-mail: talia.kraemer@usdoj.gov

cc:    Amy Francesco, Esq.
       Jonathan Ellis, Esq.
       *Attorneys for Plaintiffs*

The status conference is ADJOURNED to June 4, 2020 at 10:00 a.m.

SO ORDERED. 5/18/2020.

LEWIS J. LIMAN
United States District Judge